

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

September 18, 2024

The Honorable Robert Pitman*via CM/ECF*
United States District Court Judge
Western District of Texas, Austin Division
501 West Fifth Street
Austin, TX 78701

      Re:    Cause No. 1:24-CV-01096, *The State of Texas v. Bruce Elfant, et. al.*, Advisory to the Court and request for ruling on Plaintiff's Emergency Motion to Remand.

Dear Judge Pitman,

      On September 17, 2024, Defendants removed the above-referenced matter to the United States District Court for the Western District of Texas, Austin Division. In removing the action, Defendants sought to delay a state court ruling on a state law *ultra vires* claim and circumvent a potential appeal by the State. Defendants' actions are in bad faith and constitute a blatant usurpation of state court jurisdiction over pure state law claims, in violation of the fundamental precepts of federalism. *See Valdes v. Wal-Mart Stores, Inc.*, 199 F.3d 290, 292 (5th Cir. 2000). That same day, the State filed an Emergency Motion to Remand (the "Motion") in response to Defendants' frivolous removal.

      The State now respectfully requests that the Court rule on the State's Motion posthaste. As laid out more in-depth in the Motion, the State has sought emergency declaratory relief to enjoin Defendants from subverting state election law in Travis County. If the State is unable to obtain such emergency relief from the jurisdictionally appropriate state court, the State will be irreparably harmed. Based on Defendants' actions and representations, such harm is imminent. The State therefore respectfully requests that the Court rule on its Motion before 5:00 p.m. on Friday, September 20.

                                                                                                 Sincerely,

                                                                                               */s/ Ryan Kercher*
                                                                                               Ryan Kercher
                                                                                               Deputy Chief
                                                                                               State Bar No. 24060998
                                                                                               Special Litigation Division

P.O. Box 12548/Mail Code #009<br>
Austin, Texas 78711-2548<br>
Phone: 512-788-3771/Fax: 512-457-4410<br>
Ryan.Kercher@oag.texas.gov

Enclosures: