# Exhibit A

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS,<br>*Plaintiff,*<br><br>v.<br><br>BRUCE ELFANT, in his official capacity as Travis County Tax Assessor-Collector and Voter Registrar; ANDY BROWN, in his official capacity as Travis County Judge; JEFF TRAVILLION, in his official capacity as Travis County Commissioner; BRIGID SHEA, in her official capacity as Travis County Commissioner; ANN HOWARD, in her official capacity as Travis County Commissioner; MARGARET GÓMEZ, in his official capacity as Travis County Commissioner.<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:24-CV-01096 |

**DECLARATION OF TERRY KEEL**

My name is Terry Keel, and I am over the age of 18 and fully competent in all respects to make this declaration. I have personal knowledge and expertise of the matters herein stated.

1. This week, Travis County attempted to register my grandmother to vote. She died in 1980. My elderly parents and I are dismayed and confused.

2. My parents and I are longtime Travis County residents. On September 18, 2024, my parents received a piece of mail from Travis County containing a voter registration application

and a letter encouraging the recipient to vote. My parents are 97 and 93 years old, respectively. Travis County had addressed this mailing to my family's longtime home at 808 Brooks Hollow, Lakeway, Travis County, Texas. The intended recipient was my maternal grandmother, Louise O'Connor, who passed away 44 years ago.

3. Attached hereto as Exhibits A-1 through A-6, inclusive, are true and correct copies of the envelope, return envelope addressed to Travis County, voter registration application, and instructions in English and Spanish to the register that Travis County sent to my deceased grandmother. Exs. A-1, A-2, A-3, A-4, A-5, A-6. My family and I are greatly concerned that Travis County attempts to pressure the recipient into voting, regardless of whether the recipient is eligible, by suggesting neighbors are registering and that the public will know whether the recipient registered to vote or not. *See* Ex. A-3. All of this pressure comes under the Travis County Seal. We are concerned that Travis County would solicit for voter registration a family member born in 1899, who died in 1980, and who would be 125 years old if alive.

4. In the nearly half century since her passing, this is the first time we have ever received any attempt to register my grandmother to vote. In fact, my family and I cannot recall receiving any mail for my grandmother since the months following her passing in 1980. I was greatly disturbed by Travis County's mailing, which caused considerable confusion and alarm to both me and my parents. We are concerned that these actions, and actions like them, will have significant detrimental effects on Texas elections by undermining election integrity.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 20th day of September 2024.

_____
Terry Keel

# Exhibit A-1



Travis County
Registrar of Voters
PO Box 1748
Austin, TX 78767-9962

**PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
TRAVIS COUNTY**

Rec'd 9/18/24

**ADDRESS SERVICE REQUESTED**

305407 BATCH3
15069



LOUISE OCONNOR
808 BROOKS HOLLOW RD
LAKEWAY TX 78734-3409

# Exhibit A-2



Travis County
Registrar of Voters
PO Box 1748
Austin, TX 78767-9962

305407 BATCH3
15069



LOUISE OCONNOR
808 BROOKS HOLLOW RD
LAKEWAY TX 78734-3409

Please see enclosed for important information

# Exhibit A-3

# Register to √ote Now



**Public records show that you may not be registered to vote at this address.** In order to vote in the upcoming elections, we strongly encourage you to register as soon as possible. Your neighbors are registering and voting in record numbers; don't miss out!

We've included a voter registration form pre-filled with your information. To register to vote:

1. Fill in all required information on the form. If any printed information is incorrect, cross through it and handwrite the correct information.

2. Sign and date the form.

3. Mail it in the enclosed postage paid envelope.

To check your current voter status please visit: **votetexas.gov**

While who you vote for is secret, whether or not you register to vote is public record. The voter registration deadline for the November 5th, 2024 Presidential Election is Monday, October 7th, 2024.

Paid for by the Travis County Voter Registration Division
2433 Ridgepoint Dr., Austin TX 78754 | 512-854-9473

# Exhibit A-4

# ¡Regístrate para Votar Hoy!



**Los registros públicos muestran que probablemente no estés registrado para votar con esta dirección.** Para poder votar en las próximas elecciones, te aconsejamos mucho que te registres lo antes posible. Tus vecinos se están registrando y votando en cifras récord; ¡No te quedes fuera!

Hemos incluido un formulario de registro de votantes prellenado con tu información. Para registrarte para votar:

**1** Completa toda la información requerida en el formulario. Si ves que alguna información impresa es incorrecta, táchala y escribe a mano la información correcta.

**2** Firma y fecha el formulario.

**3** Envíalo por correo en el sobre con franqueo pagado que viene adjunto.

Para verificar tu estatus actual de votante, visita: **votetexas.gov**

Si bien por quién votas es secreto, el que estés registrado para votar es un registro público. La fecha límite de registro de votantes para las elecciones presidenciales del 5 de noviembre de 2024 es el lunes 7 de octubre de 2024.

Pagado por la División de Registro de Votantes del Condado de Travis
2433 Ridgepoint Dr., Austin, TX 78754 | 512-854-9473

# Exhibit A-5

**TEXAS VOTER REGISTRATION APPLICATION**

Please complete sections by printing LEGIBLY.

FOR OFFICIAL USE ONLY
8000

**A** Check boxes →

If any printed information is incorrect, cross it out and handwrite it.

1. Are you a United States Citizen? ☐ Yes ☐ No

Will you be 18 years of age on or before election day? ☐ Yes ☐ No

If you checked "No" in response to either of the above, do not complete this form.

What type of voter registration application?
☐ New application
☐ Change of information including address, name or other information
☐ Request for a Replacement Card

Are you interested in serving as an election worker? ☐ Yes ☐ No

2. First name (include suffix if any - Jr, Sr, III): LOUISE
Last name: OCONNOR

Middle name (if any): C
Former name (if any):

3. Residence street address (Street address and apartment number. If none, describe where you live. Do not include P.O. Box, rural route, or business address.)
808 BROOKS HOLLOW RD

City: AUSTIN
State: TX
County:
Zip Code: 78734

4. Mailing address (if mail cannot be delivered to your residence)  City   State   Zip Code

5. City and county of former residence in Texas (if any)

6. Date of birth (mm/dd/yyyy)
7. Phone (optional)
8. Gender (optional)

**B** Fill out →

9. Texas Driver's License or Texas personal ID number

If you don't have one, the last four digits of your Social Security Number
XXX-XX-____

I have not been issued a Texas DL/D or SSN ☐

10. I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to one year in jail, a fine up to $4,000, or both. Please read all three statements to affirm before signing.
- I am a resident of this county and a U.S. Citizen;
- I have not been finally convicted of a felony, or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and,
- I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote.

**C** Sign & date →

Signature                                  Date
X                                          ___/___/_____

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

If using this form to make a change in your current registration, enter your name and the changed info in the appropriate spaces on the form. • If you decline to register to vote, that fact will remain confidential and will be used only for voter registration purposes. • If you register to vote, info regarding the agency or office to which the application is submitted will remain confidential and will be used only for voter registration purposes.

# Exhibit A-6



**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO 4511    AUSTIN TX

POSTAGE WILL BE PAID BY ADDRESSEE

**TRAVIS COUNTY
REGISTRAR OF VOTERS
PO BOX 1748
AUSTIN TX 78767-9962**

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATE