# Exhibit B

**Emily Bratton**

| | |
|---|---|
| **From:** | 419 Submission <419.Submission@traviscountytx.gov> |
| **Sent:** | Monday, September 16, 2024 10:40 AM |
| **To:** | Emily Bratton; 419 Submission |
| **Cc:** | Leslie Dippel; Zachary Rhines; Ryan Kercher; Kathleen Hunker; Amaireny Rodriguez |
| **Subject:** | RE: Emergency Request: D-1-GN-24-005849 - State of Texas v. Bruce Elfant et. al |

Dear Counsel,
The emergency request for a temporary restraining order has been carefully considered by the Court and it is denied.  Please set the temporary injunction on the central docket through the Court Administrator's Office.  If you would like the Court to consider an order to appear, it will do so.  Please set and include the hearing date in the proposed order. The proposed order should be sent to the 419th's submission email attached to this email thread.

Sincerely,
Kathryn Burnstein
Staff Attorney for 419th District Court
Travis County, Texas
(512) 854-4029
Kathryn.Burnstein@traviscountytx.gov

This electronic mail message, including any attachments, may be confidential or privileged under applicable law. This email is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this email, you are notified that any use, dissemination, distribution, copying, disclosure or any other action taken in relation to the content of this email including any attachments is strictly prohibited. If you have received this email in error, please notify the sender immediately and permanently delete the original and any copy of this email, including secure destruction of any printouts.

**From:** Emily Bratton <Emily.Bratton@oag.texas.gov>
**Sent:** Monday, September 16, 2024 9:27 AM
**To:** 419 Submission <419.Submission@traviscountytx.gov>
**Cc:** Leslie Dippel <Leslie.Dippel@traviscountytx.gov>; Zachary Rhines <Zachary.Rhines@oag.texas.gov>; Ryan Kercher <Ryan.Kercher@oag.texas.gov>; Kathleen Hunker <kathleen.hunker@oag.texas.gov>; Amaireny Rodriguez <Amaireny.Rodriguez@oag.texas.gov>
**Subject:** [CAUTION EXTERNAL] RE: Emergency Request: D-1-GN-24-005849 - State of Texas v. Bruce Elfant et. al

**CAUTION**: This email is from OUTSIDE Travis County. Links or attachments may be dangerous. Click the Phish Alert button above if you think this email is malicious.

Good Morning,

As a follow up to my last email for clarification, the hearing will be regarding our application for temporary restraining order and for temporary injunction. Please let me know of any questions or concerns!

1

Thank you in advance for your assistance on this matter.

Kind Regards,
Emily Bratton
Legal Assistant
Special Litigation Division
Office of the Attorney General
Price Daniel Building
209 W. 14th Street, 7th Floor
Austin, TX 78701

---

**From:** Emily Bratton
**Sent:** Monday, September 16, 2024 9:11 AM
**To:** 419.submission@traviscountytx.gov
**Cc:** Leslie Dippel <Leslie.Dippel@traviscountytx.gov>; Zachary Rhines <Zachary.Rhines@oag.texas.gov>; Ryan Kercher <Ryan.Kercher@oag.texas.gov>; Kathleen Hunker <Kathleen.Hunker@oag.texas.gov>; Amaireny Rodriguez <Amaireny.Rodriguez@oag.texas.gov>
**Subject:** Emergency Request: D-1-GN-24-005849 - State of Texas v. Bruce Elfant et. al
**Importance:** High

Good Morning,

The Plaintiff, The State of Texas respectfully requests an in-person emergency hearing on Cause No. **D-1-GN-24-005849** regarding our application for temporary restraining order filed on September 5, 2024. Both parties are in agreeance for an in-person hearing on this matter for Thursday, September 19, in the afternoon shall this align with the schedule of the courts. We anticipate about an hour needed for this setting. Please let me know of any questions or concerns!

Thank you in advance for your assistance on this matter.

Kind Regards,
Emily Bratton
Legal Assistant
Special Litigation Division
Office of the Attorney General
Price Daniel Building
209 W. 14th Street, 7th Floor
Austin, TX 78701