# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| THE STATE OF TEXAS,<br>*Plaintiff,*<br><br>v.<br><br>BRUCE ELFANT, in his official capacity as Travis County Tax Assessor-Collector and Voter Registrar; ANDY BROWN, in his official capacity as Travis County Judge; JEFF TRAVILLION, in his official capacity as Travis County Commissioner; BRIGID SHEA, in her official capacity as Travis County Commissioner; ANN HOWARD, in her official capacity as Travis County Commissioner; MARGARET GÓMEZ, in his official capacity as Travis County Commissioner.<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:24-CV-01096 |

---

**DECLARATION OF CANDICE DICKEY**

---

My name is Candice Dickey, and I am over the age of 18 and fully competent in all respects to make this declaration. I have personal knowledge and expertise of the matters herein stated.

1. This week, Travis County sent voter registration applications to my home that were addressed to four people who do not live here.

2. I live at 120 Acapulco Drive in Lakeway, Texas. I have lived at this address since February of 2021. I have received unsolicited voter registration applications both from Travis County and from an organization called the Voter Participation Center. Combined, I received

seven such applications. The addressees were Kimberly Spano, Koy Spano, Taylor Hundley, and Tara Hundley. I do not know these individuals, they have never lived with me at this address, and none of them are the seller from whom I purchased the home.

3. Attached hereto as Exhibits A-1 through A-7, inclusive, are true and correct copies of the voter registration applications I received. When I initially received them, I tore them in half and placed them in my recycling bin—as is my practice for unwanted mail. I subsequently removed them from the recycling bin so that I could provide them to the Office of the Attorney General.

4. I am greatly concerned and confused by receiving these voter registration applications for people who do not live at my residence, and who cannot have lived at my residence for many years. I am worried about any voter registration process that would produce such unreliable results.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 23 day of September 2024.

Candiee Dickey

# Exhibit A-1



Travis County
Registrar of Voters
PO Box 1748
Austin, TX 78767-9962

305407 BATCH3
14858



KIMBERLY SPANO
120 ACAPULCO DR
LAKEWAY TX 78734-3454

Please see enclosed for important information

# Exhibit A-2

# Register to Vote Now




**Public records show that you may not be registered to vote at this address.** In order to vote in the upcoming elections, we strongly encourage you to register as soon as possible. Your neighbors are registering and voting in record numbers; don't miss out!

We've included a voter registration form pre-filled with your information. To register to vote:

1. Fill in all required information on the form. If any printed information is incorrect, cross through it and handwrite the correct information.
2. Sign and date the form.
3. Mail it in the enclosed postage paid envelope.

To check your current voter status please visit: **votetexas.gov**

While who you vote for is secret, whether or not you register to vote is public record. The voter registration deadline for the November 5th, 2024 Presidential Election is Monday, October 7th, 2024.

Paid for by the Travis County Voter Registration Division
2433 Ridgepoint Dr., Austin TX 78754 | 512-854-9473

# Exhibit A-3

# TEXAS VOTER REGISTRATION APPLICATION

FOR OFFICIAL USE ONLY

8000

Please complete sections by printing LEGIBLY.

**A Check boxes**

If any printed information is incorrect, cross it out and handwrite it.

**1** **Are you a United States Citizen?** ☐ Yes ☐ No

**Will you be 18 years of age on or before election day?** ☐ Yes ☐ No

If you checked "No" in response to either of the above, do not complete this form.

**What type of voter registration application?**

☐ New application

☐ Change of information including address, name or other information

☐ Request for a Replacement Card

**Are you interested in serving as an election worker?** ☐ Yes ☐ No

**2** **First name** (include suffix if any - Jr, Sr, III): KIMBERLY

**Last name**: SPANO

**Middle name** (if any)

**Former name** (if any)

**3** **Residence street address** (Street address and apartment number. If none, describe where you live. Do not include P.O. Box, rural route, or business address.): 120 ACAPULCO DR

**City**: AUSTIN

**State**: TX

**County**

**Zip Code**: 78734

**4** **Mailing address** (if mail cannot be delivered to your residence) **City** **State** **Zip Code**

**5** **City and county of former residence in Texas** (if any)

**6** **Date of birth** (mm/dd/yyyy)

**7** **Phone** (optional)

**8** **Gender** (optional)

**B Fill out**

**9** **Texas Driver's License or Texas personal ID number** _ _ _ _ _ _ _ _

**If you don't have one, the last four digits of your Social Security Number** XXX-XX- _ _ _ _

**I have not been issued a Texas DL/D or SSN** ☐

**10** I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to one year in jail, a fine up to $4,000, or both. Please read all three statements to affirm before signing.

- I am a resident of this county and a U.S. Citizen;
- I have not been finally convicted of a felony, or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and,
- I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote.

**C Sign & date**

**Signature** X

**Date** ___/___/______

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

If using this form to make a change in your current registration, enter your name and the changed info in the appropriate spaces on the form. • If you decline to register to vote, that fact will remain confidential and will be used only for voter registration purposes. • If you register to vote, info regarding the agency or office to which the application is submitted will remain confidential and will be used only for voter registration purposes.

# Exhibit A-4


COUNTY OF TRAVIS
STATE OF TEXAS
Travis County
Registrar of Voters
PO Box 1748
Austin, TX 78767-9962
ADDRESS SERVICE F
REQUESTED
407 BATCH3
13977
TARA HUNDLE
120 ACAPULC
LAKEWAY TX 7
Y
O DR
8734-3454

# Exhibit A-5




ADDRESS SERVICE REQUESTED

Please see enclosed for impor

# Exhibit A-6




ADDRESS SERVICE REQUESTED

J5407 BATCH3
15045



KOY SPANO
120 ACAPULCO DR
LAKEWAY TX 78734-3454

# Exhibit A-7

VOTER REGISTRATION FORM ENCLOSED.
DO NOT DISCARD.

ELECTR

S786 **************AUTO**SCH 5-DIGIT 78732
F8R4-0261361 27/810/1055
Koy Spano
120 Acapulco Dr

361

# Voter Registration Application/Solicitud de Inscripción de Votante

**Before completing this form, review the General, Application, and State specific Instructions.**
**Antes de llenar este formulario, vea las instrucciones generales, las instrucciones para llenar esta solicitud, y las instrucciones específicas de su estado.**
**PLEASE PROVIDE YOUR RESPONSES IN ENGLISH. / PROPORCIONE SUS RESPUESTAS EN INGLÉS.**

Are you a citizen of the United States of America? / ¿Es usted ciudadano de Estados Unidos de América? ☐ Yes / Sí ☐ No / No
Will you be 18 years old on or before election day? / ¿Habrá cumplido los 18 años de edad para el día de las elecciones? ☐ Yes / Sí ☐ No / No
If you check "No" in response to either of these questions, do not complete form.
Si contestó "No" a alguna de estas preguntas, no llene el formulario.
(Please see state-specific instructions for rules regarding eligibility to register prior to age 18.)
(Vea también las instrucciones específicas de su estado sobre la posibilidad de inscribirse antes de los 18 años de edad).

This space for office use only. / Este espacio sólo para uso de la oficina.

| | | | | | |
|---|---|---|---|---|---|
| 1 | (Circle one) / (Marque uno con un círculo) Mr. / Sr. Mrs. / Sra. Miss / Srta. Ms. / Sra. | Last Name / Apellido SPANO | First Name / Primer nombre KOY | Middle Name(s) / Segundo nombre | (Circle one) / (Marque uno con un círculo) Jr. Sr. II III IV |
| 2 | Home Address / Dirección donde vive 120 ACAPULCO DR | Apt. or Lot # / Nº. de depto. o lote | City/Town / Ciudad/Localidad LAKEWAY | State / Estado TX | Zip Code / Código postal 78734 |
| 3 | Address Where You Get Your Mail If Different From Above / Dirección donde recibe su correo, si es diferente a la de más arriba | | City/Town / Ciudad/Localidad | State / Estado | Zip Code / Código postal |
| 4 | Date of Birth / Fecha de nacimiento Month / Mes Day / Día Year / Año | 5 Telephone Number (optional) / Número de teléfono (optativo) | 6 ID Number (See Item 6 in the instructions for your state) / Número de Identificación (Vea el número 6 en las instrucciones de su estado) | | |

R-V-P-TX
2004




September 9, 2024

**Dear Koy:**

According to our review of publicly available records, you might not be registered to vote at your current address.

If you have already registered at this address or are ineligible to vote, please disregard this notice.

Registering to vote is simple! All you have to do is: