IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS,<br><br>*Plaintiff*,<br><br>v.<br><br>BRUCE ELFANT, in his official capacity as Travis County Tax Assessor-Collector and Voter Registrar; ANDY BROWN, in his official capacity as Travis County Judge; JEFF TRAVILLION, in his official capacity as Travis County Commissioner, BRIGID SHEA, in her official capacity as Travis County Commissioner; ANN HOWARD, in her official capacity as Travis County Commissioner, MARGARET GÓMEZ, in her official capacity as Travis County Commissioner,<br><br>*Defendants.* | Case No. 1:24-CV-01096-DII |

**SUPPLEMENT TO RESPONSE TO REMAND**

In response to Plaintiff's Supplements to their Motion to Remand and in the interest of assisting the Court to efficiently manage its docket, Defendants file this Advisory to notify the Court that the mailing of voter registration applications for the 2024 General Election that began in June of this year is concluded. The Court is likely working to rule on the Motion to Remand. That motion presents important constitutional legal issues and given that there will be no more mailings before November 5, it would seem the Court could take its normal time to deliberate over and rule on the motion to remand.

There is no emergency for the Court to address and the State has not conducted itself in any other way. As background, the State's counsel originally approached Defendants' counsel

1

regarding service of citation on its Petition to obtain injunctive relief the day after it filed its state court lawsuit. The State asked the County to voluntarily agree to stop its mailings. The County did not agree. The State therefore asked for an agreed hearing date and, once the County could post a public meeting and retained outside counsel, the attorneys agreed, without prejudice to any filings that Defendants may make, that counsel would be available for a hearing on an injunction on Thursday, September 19 if the State obtained one. Shortly thereafter, the State District Court denied the TRO and the State's request to set an emergency hearing on the 19th and advised the State on the proper process to utilize to obtain an injunction hearing. The State did not seek a further hearing and shortly thereafter, Defendants filed their Notice of Removal.

The only events the State seeks to enjoin have already occurred. Defendants provide this information to facilitate the Court managing its docket.

Dated: September 26, 2024

Respectfully submitted,

DELIA GARZA*
TRAVIS COUNTY ATTORNEY
State Bar No. 24076399
P. O. Box 1748
Austin, Texas 78767
Telephone: (512) 854-9415
Facsimile: (512) 854-4808

Leslie W. Dippel
State Bar No. 00796472
Leslie.Dippel@traviscountytx.gov
Amy S. Ybarra
State Bar No. 24013573
Amy.Ybarra@traviscountytx.gov
Cynthia W. Veidt
State Bar No. 24028092
Cynthia.Veidt@traviscountytx.gov
Assistant Travis County Attorneys

BRAZIL & DUNN

  /s/ Chad W. Dunn

2

Chad W. Dunn
Texas Bar No. 24036507
1900 Pearl Street
Austin, Texas 78705
Telephone: (512) 717-9822
Facsimile: (512) 515-9355
chad@brazilanddunn.com

K. Scott Brazil
State Bar No. 02934050
13231 Champion Forest Drive, Suite 406
Houston, Texas 77069
Telephone: (281) 580-6310
Facsimile: (281) 580-6362
scott@brazilanddunn.com

*Pro Hac Vice Admission Pending*

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2024, I electronically filed the foregoing document with the Clerk of the United States District Court for the Western District of Texas, Austin Division, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

      */s/ Chad W. Dunn*
      Chad W. Dunn