IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS,<br>*Plaintiff,*<br><br>v.<br><br>BRUCE ELFANT, in his official capacity as Travis County Tax Assessor-Collector and Voter Registrar; ANDY BROWN, in his official capacity as Travis County Judge; JEFF TRAVILLION, in his official capacity as Travis County Commissioner; BRIGID SHEA, in her official capacity as Travis County Commissioner; ANN HOWARD, in her official capacity as Travis County Commissioner; MARGARET GÓMEZ, in his official capacity as Travis County Commissioner.<br><br>*Defendants.* | Case No. 1:24-CV-01096 |

## DECLARATION OF MELANIE BUHRMAN

My name is Melanie Burhman, and I am over the age of 18 and fully competent in all respects to make this declaration. I have personal knowledge and expertise of the matters herein stated.

1. Last week, Travis County attempted to register people to vote at my residence who have not lived there in over a decade.

2. I have lived at 5806 Westslope Cove, Austin, Texas 78731 since December of 2013. Last week, I received mail from Travis County attempting to register Robin Kauffman and Erin

Kauffman, the daughters of previous owner. Neither person has lived at this address since I moved in almost eleven years ago. This is the first such mailing I have ever received attempting to register people who do not live at my address.

3.      Attached hereto as Exhibits A-1 and A-2 are true and correct copies of the mailings I received from Travis County. I am disturbed that Travis County attempts to pressure the recipient into voting regardless of eligibility. This pressure comes under the Travis County Seal.

4.      Travis County's mailing caused me considerable confusion and alarm. I am concerned that these actions, and actions like them, will have significant detrimental effects on Texas elections by undermining election integrity.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27 day of September, 2024.

*Melanie Buhrman*
Melanie Buhrman

# Exhibit A-1



Travis County
Registrar of Voters
PO Box 1748
Austin, TX 78767-9962

305407 BATCH3
8135



ERIN KAUFFMAN
5806 WESTSLOPE CV
AUSTIN TX 78731-3656

Please see enclosed for important information

# Register to √ote Now



**Public records show that you may not be registered to vote at this address.** In order to vote in the upcoming elections, we strongly encourage you to register as soon as possible. Your neighbors are registering and voting in record numbers; don't miss out!

We've included a voter registration form pre-filled with your information. To register to vote:

1. Fill in all required information on the form. If any printed information is incorrect, cross through it and handwrite the correct information.

2. Sign and date the form.

3. Mail it in the enclosed postage paid envelope.

To check your current voter status please visit: **votetexas.gov**

While who you vote for is secret, whether or not you register to vote is public record. The voter registration deadline for the November 5th, 2024 Presidential Election is Monday, October 7th, 2024.

# ¡Regístrate para Votar Hoy!



**Los registros públicos muestran que probablemente no estés registrado para votar con esta dirección.** Para poder votar en las próximas elecciones, te aconsejamos mucho que te registres lo antes posible. Tus vecinos se están registrando y votando en cifras récord; ¡No te quedes fuera!

Hemos incluido un formulario de registro de votantes prellenado con tu información. Para registrarte para votar:

1. Completa toda la información requerida en el formulario. Si ves que alguna información impresa es incorrecta, táchala y escribe a mano la información correcta.

2. Firma y fecha el formulario.

3. Envíalo por correo en el sobre con franqueo pagado que viene adjunto.

Para verificar tu estatus actual de votante, visita: **votetexas.gov**

Si bien por quién votas es secreto, el que estés registrado para votar es un registro público. La fecha límite de registro de votantes para las elecciones presidenciales del 5 de noviembre de 2024 es el lunes 7 de octubre de 2024.

# TEXAS VOTER REGISTRATION APPLICATION

Please complete sections by printing LEGIBLY.

FOR OFFICIAL USE ONLY

8000

**A Check boxes** →

If any printed information is incorrect, cross it out and handwrite it.

**1** Are you a United States Citizen? ☐ Yes ☐ No

Will you be 18 years of age on or before election day? ☐ Yes ☐ No

If you checked "No" in response to either of the above, do not complete this form.

What type of voter registration application?
☐ New application
☐ Change of information including address, name or other information
☐ Request for a Replacement Card

Are you interested in serving as an election worker? ☐ Yes ☐ No

**2** **First name** (include suffix if any - Jr, Sr, III)
ERIN

**Last name**
KAUFFMAN

**Middle name** (if any)

**Former name** (if any)

**3** **Residence street address** (Street address and apartment number. If none, describe where you live. Do not include P.O. Box, rural route, or business address.)

5806 WESTSLOPE CV

**City** AUSTIN   **State** TX

**County**   **Zip Code** 78731

**4** **Mailing address** (if mail cannot be delivered to your residence)   **City**   **State**   **Zip Code**

**5** **City and county of former residence in Texas** (if any)

**6** **Date of birth** (mm/dd/yyyy)

**7** **Phone** (optional)

**8** **Gender** (optional)

**B Fill out** →

**9** **Texas Driver's License or Texas personal ID number**

__ __ __ __ __ __ __ __

If you don't have one, the last four digits of your Social Security Number

XXX-XX-__ __ __ __

I have not been issued a Texas DL/D or SSN ☐

**10** I understand that giving false information to procure a voter registration is perjury, and a crime under state and federal law. Conviction of this crime may result in imprisonment up to one year in jail, a fine up to $4,000, or both. Please read <u>all three</u> statements to affirm before signing.
• I am a resident of this county and a U.S. Citizen;
• I have not been finally convicted of a felony, or if a felon, I have completed all of my punishment including any term of incarceration, parole, supervision, period of probation, or I have been pardoned; and,
• I have not been determined by a final judgment of a court exercising probate jurisdiction to be totally mentally incapacitated or partially mentally incapacitated without the right to vote.

**C Sign & date** →

**Signature**
X

**Date**
__ / __ / ____

Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.

If using this form to make a change in your current registration, enter your name and the changed info in the appropriate spaces on the form. • If you decline to register to vote, that fact will remain confidential and will be used only for voter registration purposes. • If you register to vote, info regarding the agency or office to which the application is submitted will remain confidential and will be used only for voter registration purposes.

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL     PERMIT NO 4511     AUSTIN TX

POSTAGE WILL BE PAID BY ADDRESSEE

TRAVIS COUNTY
REGISTRAR OF VOTERS
PO BOX 1748
AUSTIN TX 78767-9962

PLACE
STAMP
HERE

PPLICATION FOR RENEWAL OF REGISTRATION

MAKE SURE
COUNTY
ADDRESS
APPEARS IN
WINDOW 

# Exhibit A-2



Travis County
Registrar of Voters
PO Box 1748
Austin, TX 78767-9962

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
TRAVIS COUNTY

ADDRESS SERVICE REQUESTED

07 BATCH3
8662



ROBIN KAUFFMAN
5806 WESTSLOPE CV
AUSTIN TX 78731-3656